**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Crystal Ramona HICKSON, a/k/a
Auntie, a/k/a Crystal A. Hickson,
Defendant—Appellant.**

No. 08–7084.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 11, 2008.

Decided: Dec. 17, 2008.

Crystal Ramona Hickson, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crystal Ramona Hickson appeals the district court's order denying her 18 U.S.C. § 3582 (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hickson,* No. 2:07–cr–00030–WDK–FBS–3 (E.D.Va. May 16, 2008). We dispense with oral argument because the facts and legal con-tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*